RECEIVED
IN MONROE, LA
AUG 17 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| IDA GARTH WILLIAMS | CIVIL ACTION NO. 04-0893 |
| versus | JUDGE ROBERT G. JAMES |
| COMMISSIONER OF SOCIAL SECURITY | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED, and that Williams's Appeal is GRANTED and her case REMANDED to the Commissioner for further proceedings consistent with the views expressed in the Report and Recommendation.

MONROE, LOUISIANA this 16 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE