
RECEIVED
IN MONROE, LA
FEB 0 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| IDA GARTH WILLIAMS | CIVIL ACTION NO. 04-893 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE JAMES D. KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 25] previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiff's Motion for Attorney Fees [Doc. No. 23] is GRANTED. Plaintiff is entitled to attorney's fees and costs in the amount of $4,237.50.

THUS DONE AND SIGNED this 9 day of February, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION